164 A.3d 388

STATE OF NEW JERSEY, STATE AGRICULTURE DEVELOPMENT COMMITTEE, PLAINTIFF-PETITIONER, AND COUNTY OF HUNTERDON AND TOWNSHIP OF FRANKLIN, PLAINTIFFS, v. QUAKER VALLEY FARMS, LLC AND DAVID DEN HOLLANDER, DEFENDANTS-RESPONDENTS.

March 16, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005710–12 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is granted.

164 A.3d 388

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. FRANKLIN JACK BURR, II, DEFENDANT-PETITIONER.

March 16, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001255–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.